UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL SCARLETT,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL SCIENCE FOUNDATION<br>OFFICE OF INSPECTOR GENERAL,<br><br>    Defendant. | Civil Action No. 22-3451 (CJN) |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

    Defendant, the National Science Foundation Office of Inspector General, by and through undersigned counsel, pursuant to Rule 6 of the Federal Rules of Civil Procedure, respectfully moves for an enlargement of time—of two weeks after service of Plaintiff's response via ECF— to file Defendant's consolidated response to Plaintiff's motion for summary judgment and in support of Defendant's motion to dismiss. Pursuant to Local Rule 7(b), Defendant's response is due on April 19, 2023. The parties conferred consistent with Local Civil Rule 7(m) and Plaintiff does not oppose the relief requested. As grounds for this motion, Defendants states:

    1.    This case arises from a Plaintiff's July 21, 2022, FOIA request to National Science Foundation Office of Inspector General.

    2.    On November 8, 2022, Plaintiff filed the Complaint under FOIA. ECF No. 1.

    3.    On March 20, 2023, Defendant filed its motion to dismiss, or in the alternative, for summary judgment, arguing that Plaintiff had failed to exhaust her administrative remedies by not appealing Defendant's final decision. ECF No. 7.

4. On March 27, 2023, the Court issued the so-called *Fox/Neal* Order providing, in part:

> It is ORDERED that Plaintiff shall file an Opposition to Defendant's Motion to Dismiss, ECF No. 7, on or before May 10, 2023. If Plaintiff fails to file a timely response—or fails to respond to the arguments raised by Defendant in its Motion—the Court will treat Defendant's Motion as conceded and, if the circumstances warrant, enter judgment for Defendant.

ECF No. 8 at 3.

5. Plaintiff filed a motion for summary judgment. *See* ECF No. 10 (March 28, 2023, is the date on Plaintiff's motion for summary judgment). Plaintiff's motion was docketed on March 30, 2023, and it was not "entered" until April 5, 2023. *Id*. Accordingly, Defendant did not receive notice of Plaintiff's motion until April 5, 2023, when the undersigned received an "Electronic Court Filing" (ECF) notification.

6. Given the March 28, 2023, date that is on Plaintiff's filing, it does not appear that Plaintiff was aware of the Court's March 27, 2023, Order at the time of Plaintiff's submission of the motion for summary judgment. Also, pursuant to the Court's Order, Plaintiff's response to Defendant's dispositive motion is not due until May 10, 2023. ECF No. 8 at 3. Thus, at the time when Plaintiff filed her summary judgment motion, it appears that Plaintiff was not aware of the obligation to respond to Defendant's motion to dismiss, or in the alternative, for summary judgment.

7. . Defendant respectfully submits that to avoid filing piecemeal responses, it would conserve resources and advance judicial economy for Defendant to file a single, omnibus brief addressing both Plaintiff's motion for summary judgement and any opposition that she may file on May 10, 2023.

8.     Therefore, Defendant respectfully requests that the Court extend the deadline for the filing of the response to Plaintiff's motion for summary judgment until two-weeks after Defendant receives Plaintiff's opposition to the Defendant's pending motion to dismiss via ECF.

9.     This is Defendant's first request for additional time to respond to Plaintiff's motion for summary judgment.

10.    The undersigned is aware of the provision in the Court's Standing Order, ECF No. 3, ¶ 8(a), about motions for extensions of time and apologizes for not timely filing this motion. Undersigned counsel was alerted to likelihood that Plaintiff was not in receipt of the Court's *Fox/Neal* Order at the time of the filing of the motion for summary judgment upon conferring with the supervisory staff. In the interests of fairness to Plaintiff, the undersigned determined that this motion for extension of time should be filed so as to permit Plaintiff to present her arguments in opposition to Defendant's dispositive motion to the Court.

Accordingly, Defendant respectfully requests that the Court grant this unopposed motion and extend the deadline for the filing of the response to Plaintiff's motion for summary judgment until two-weeks after Defendant receives Plaintiff's opposition via ECF. A proposed order is attached.

*     *     *

Dated: April 20, 2023

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

BRIAN P. HUDAK
Chief, Civil Division

By:   */s/ T Anthony Quinn*
T. ANTHONY QUINN
D.C. Bar No. 415213
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, D.C. 20530
(202) 252-7558
tony.quinn2@usdoj.gov

*Attorneys for the United States of America*

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 20, 2023, I caused a copy of the foregoing to be served on Plaintiff *via* postage prepaid first-class mail to:

CAROL SCARLETT
1417 Ginger Lane
Naperville, IL 60565

*/s/ T Anthony Quinn*
T. ANTHONY QUINN
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAROL SCARLETT,

    Plaintiff,

v.

NATIONAL SCIENCE FOUNDATION
OFFICE OF INSPECTOR GENERAL,

    Defendant.

Civil Action No. 22-3451 (CJN)

### [PROPOSED] ORDER

The matter is before the Court upon the Defendant's unopposed motion for extension of time to respond to Plaintiff's motion for summary judgment.

Upon consideration of the Defendant's unopposed motion, the entire record herein, and for good cause shown, it is hereby

**ORDERED**, that the motion is **GRANTED**. It is further

**ORDERED**, that the Defendant shall file its consolidated response to Plaintiff's motion for summary judgment and any reply in further support of Defendant's motion to dismiss within 14-days of service of Plaintiff's Opposition via ECF.

**SO ORDERED** this _____ day of _____, 2023.

_____
**CARL J. NICHOLS**
United States District Judge